# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAMELA GRAVES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-12-375-M ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

On July 18, 2013, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's claims for disability insurance benefits under the Social Security Act. The Magistrate Judge recommended that the Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by August 1, 2013. The parties have not filed any objections.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on July 18, 2013; and

(2) AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 2nd day of August, 2013.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE